ISAAC SALZBERG, a Creditor of GREEN-BELL RESTAURANT, INC., Suing on His Own Behalf and on Behalf of All Other Creditors Similarly Situated, Appellant, v. MORRIS COHEN and Others, Respondents.— In a representative action brought to recover the value of the good will and trade names of a dissolved corporation, alleged to have been wrongfully appropriated by its officers and directors in a conspiracy with others, order modified by striking out the first, third and fourth ordering paragraphs, and by striking from the second ordering paragraph the words " causes of action numbered ' Fourth,' ' Fifth,' ' Sixth ' and ' Seventh ' of " and the words " and it is further." As thus modified, the order, in so far as appealed from, is affirmed, with twenty dollars costs and disbursements to appellant, with

leave to defendants to answer within ten days from the entry of the order hereon. The first cause of action sufficiently alleges a wrongful conspiracy by the defendants to misappropriate the good will and trade names of the corporation. (*Godley* v. *Crandall & Godley Co.*, 212 N. Y. 121.) The second and third causes of action are sufficient under subdivision 2 of section 60 of the General Corporation Law. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.